UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. COTTONHAM,<br><br>        Plaintiff,<br><br>  v.<br><br>GEORGE C. BECKWITH et al,<br><br>        Defendant. | Case Number: C07-5968 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Adam Cottonham SF # 377495
Jail # 2326138
850 Bryant Street
San Francisco, CA 94103

Dated: December 5, 2007

                                          Richard W. Wieking, Clerk
                                          By: Cora Klein, Deputy Clerk

                                          *Cora Klein* (signature)